

# Fourth Court of Appeals
## San Antonio, Texas

April 14, 2016

No. 04-16-00034-CV

Victoria Elizabeth **FEIL**,
Appellant

v.

Michael William **FEIL**,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 10-11-0623-CVW
Honorable Russell H. Wilson, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
Luz Elena D. Chapa, Justice
Jason Pulliam, Justice

Appellant's motion for extension of time to file motion to reconsider memorandum opinion dismissing appeal for want of prosecution is hereby DENIED.

The panel has considered the appellant's motion to reconsider memorandum opinion dismissing appeal for want of prosecution, and the motion is DENIED.

It is so **ORDERED** on April 14, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court